IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

VS.                                    Cr. No. 1:02-10042-01-T

DAVID JOHN YOUNG


### ORDER OF DISMISSAL

Upon motion of the United States Attorney and for good cause shown, it is,

ORDERED that the indictment in this case, as to the defendant, David John Young, be and is hereby dismissed.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 11 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/12/05

48



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:02-CR-10042 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable James Todd
US DISTRICT COURT